UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAY 16 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT 

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SCOTT WILLIAMSON, and<br>ISMAIL TERLEMEZ | Case No. 25 CR 207<br><br>Hon. Franklin U. Valderrama<br><br>**UNDER SEAL** |

## RESTRICTED DOCUMENT PURSANT TO LR26.2

Enclosed is the following Under Seal document(s):

*THE GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND ARREST WARRANTS*

Respectfully submitted,

ABIGAIL SLATER
Assistant Attorney General for Antitrust

By: /s/ *Amanda A. Barnes*
AMANDA A. BARNES
Trial Attorney
201 Varick St., Room 1006
New York, NY 10014
(202) 794-2219

DATE: May 16, 2025

# ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SCOTT WILLASON, and<br>ISMAIL TERLEMEZ | No. 25-CR-207<br><br>Hon. Franklin U. Valderrama<br><br>**UNDER SEAL** |

## THE GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND ARREST WARRANTS

The United States of America, by and through its undersigned counsel, respectfully request that this Court unseal the indictment and arrest warrants in this case. The defendants Scott Willason and Ismail Terlemez have been arrested and are in custody, eliminating the need for the Indictment and arrest warrants to be sealed.

Defendant Scott Willason was arrested by Swiss law enforcement authorities on May 13, 2025, and is now in Swiss custody. Defendant Ismail Terlemez was arrested by Belgian law enforcement authorities on May 13, 2025, and is now in Belgian custody. The Government seeks to have both Willason and Terlemez extradited to the United States.

Unsealing the indictment and arrest warrants will allow the Government to share these materials with counsel for the Defendants and foreign law enforcement authorities to facilitate their extradition to the United States. Accordingly, the Government respectfully requests that this Court unseal the indictment and arrest warrants.

Respectfully submitted,

ABIGAIL SLATER
Assistant Attorney General for Antitrust

By: /s/ *Amanda A. Barnes*
Amanda A. Barnes
Trial Attorney
201 Varick St., Room 1006
New York, NY 10014
(202) 794-2219

Dated: May 16, 2025