UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 25-CR-207 |
| v. | Hon. Franklin U. Valderrama |
| SCOTT WILLASON, and ISMAIL TERLEMEZ | **UNDER SEAL** |

**ORDER TO UNSEAL INDICTMENT AND ARREST WARRANTS**

THIS MATTER has come to the Court on the application of Trial Attorney Amanda Barnes on behalf of the United States, requesting that the Court issue an order authorizing the complete unsealing of the indictment and arrest warrants.

The Court finds that an attorney for the government has submitted the application and has certified that the Defendants have been arrested and are in custody, thereby eliminating the need for the indictment and arrest warrants to be sealed, and that a complete unsealing of the indictment and arrest warrants in this case would allow the government to share these materials with the Defendants and foreign law enforcement authorities to facilitate their extradition to the United States.

IT IS THEREFORE ORDERED that the Clerk of Court shall unseal the indictment and arrest warrants in this case.

Date: May 23, 2025

_____
United States District Court
Judge Franklin U. Valderrama