UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SCOTT WILLASON, and<br>ISMAIL TERLEMEZ | No. 25-CR-207<br><br>Hon. Franklin U. Valderrama |

**GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT**

The United States of America, by and through its undersigned counsel, respectfully moves to dismiss without prejudice the Indictment against Defendants Scott Willason and Ismail Terlemez pursuant to Federal Rule of Criminal Procedure 48(a). The United States has determined, based on careful consideration of the circumstances of this case, that continued prosecution of this case would not serve the interests of justice. WHEREFORE, the United States respectfully requests that this Court grant its motion and dismiss the Indictment without prejudice.

Respectfully submitted,

ABIGAIL SLATER
Assistant Attorney General for Antitrust

By: /s/ *Amanda A. Barnes*
AMANDA A. BARNES
CONOR BRADLEY
ALEXANDER DIAMOND
Trial Attorneys
201 Varick St., Room 1006
New York, NY 10014
(202) 794-2219

JEFFREY CRAMER
Senior Litigation Counsel
209 South LaSalle, Suite 600
Chicago, IL 60604

Dated: July 9, 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SCOTT WILLASON, and<br>ISMAIL TERLEMEZ | No. 25-CR-207<br><br>Hon. Franklin U. Valderrama |

## [PROPOSED] ORDER DISMISSING INDICTMENT

It is hereby ordered that the Government's Motion to Dismiss the Indictment without prejudice pursuant to Federal Rule of Criminal Procedure 48(a), ECF. No. 10, is GRANTED.

It is further ordered that the Indictment, ECF No. 1, is hereby DISMISSED.

**SO ORDERED** this _____ day of _____ 2025.

_____
HON. FRANKLIN U. VALDERRAMA
United States District Judge